UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TENNYSON HEADLEY,

               Plaintiff,                          **ORDER**
                                                                   11-CV-5112 (CBA)(CLP)

      - against -

NEW YORK CITY FIRE DEPARTMENT,

               Defendant.
----------------------------------------------------------X

**POLLAK, United States Magistrate Judge:**

The Honorable Carol B. Amon has assigned this case to me for all pretrial purposes. Enclosed is a copy of my Rules of Practice. Both plaintiff and defendant are required to follow them, with one exception: *pro se* parties are automatically exempt from mandatory electronic filing. Parties represented by counsel in *pro se* cases must file all submissions electronically and mail the submission to the *pro se* litigant. Plaintiff is to provide a copy of this Order and the enclosed rules to defendant along with the summons and complaint.

The Court's records reflect that the complaint in this action was filed on October 20, 2011. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff shall promptly advise the court once the defendant has been served. Accordingly, if service is not made upon defendant by February 17, 2012 or plaintiff fails to show good cause why

such service has not been effected, it will be recommended that the Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

**SO ORDERED.**

Dated: October 25, 2011
       Brooklyn, New York

CHERYL L. POLLAK
United States Magistrate Judge