# McLaughlin & Stern, LLP
### FOUNDED 1898

| | | |
|---|---|---|
| AIMEE E. SAGINAW, ESQ.<br>PARTNER<br>PHONE (212) 448-1100<br>FAX (212) 448-0066<br>email: asaginaw@mclaughlinstern.com | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>(212) 448–1100<br>FAX (212) 448–0066 | MILLBROOK OFFICE<br>Franklin Avenue, P.O. Box 1369<br>Millbrook, New York 12545<br>(845) 677–5700<br>Fax (845) 677–0097 |

May 14, 2012

**VIA ECF**

Honorable Carol Bagley Amon
United States Chief District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: <u>Headley v. New York City Fire Department, 11 Civ. 5112 (CBA) (CLP)</u>

Dear Judge Amon:

    We represent Tennyson Headley, the plaintiff in the above-referenced action. By letter dated May 7, 2012, counsel for defendant New York City Fire Department requested a pre-motion conference to discuss defendant's intention to file a motion pursuant to FRCP 12(b)(6) to dismiss Mr. Headley's complaint. <u>See</u> Docket Entry No. 11.

    Mr. Headley initially filed his complaint <u>pro se</u> on October 20, 2011. <u>See</u> Docket Entry No. 1. Subsequent to this, he retained my firm, and we intend to file an amended complaint on his behalf pursuant to FRCP 15(a)(1). In light of defendant's May 7th letter as well as our upcoming initial conference with Magistrate Judge Pollak, scheduled for May 17, 2012, we thought it appropriate to inform the court and defendant of our intention. We are happy to discuss this, along with any other matters the court wishes to address, at the May 17th conference.

                                Respectfully submitted,

                                /s/

                              Aimee E. Saginaw, Esq.

cc: Honorable Cheryl L. Pollak (via ECF)
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Adam E. Collyer, Esq. (via ECF)
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Room 2-318
New York, NY 10007-2601
(212) 788-8688